IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Wells, Lawrence D | Case Number: 05 B 28456 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 10/22/08 | Filed: 7/19/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: September 9, 2008
Confirmed: September 6, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 26,400.00 | |
| Secured: | | 22,283.21 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,700.00 |
| Trustee Fee: | | 1,416.79 |
| Other Funds: | | 0.00 |
| Totals: | 26,400.00 | 26,400.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Stefans Stefans & Stefans | Administrative | 2,700.00 | 2,700.00 |
| 2. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 3. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 4. | Cook County Treasurer | Secured | 1,600.00 | 0.00 |
| 5. | Litton Loan Servicing | Secured | 6,576.54 | 2,048.18 |
| 6. | America's Servicing Co | Secured | 2,546.59 | 442.94 |
| 7. | Chicago Fire Officers Assoc | Secured | 14,325.95 | 10,024.16 |
| 8. | Chicago Municipal Employees CU | Secured | 10,987.91 | 7,808.60 |
| 9. | CitiFinancial | Secured | 2,757.00 | 1,959.33 |
| 10. | Peoples Energy Corp | Unsecured | 65.34 | 0.00 |
| 11. | Chicago Firefighters CU | Unsecured | 234.88 | 0.00 |
| 12. | Chicago Fire Officers Assoc | Unsecured | 270.00 | 0.00 |
| 13. | Resurgent Capital Services | Unsecured | 44.93 | 0.00 |
| 14. | Chicago Firefighters CU | Unsecured | 873.87 | 0.00 |
| 15. | Asset Acceptance | Unsecured | 189.98 | 0.00 |
| 16. | Chicago Fire Officers Assoc | Unsecured | 191.50 | 0.00 |
| 17. | Advocate Health Care | Unsecured | | No Claim Filed |
| 18. | City Of Chicago | Unsecured | | No Claim Filed |
| 19. | SBC | Unsecured | | No Claim Filed |
| 20. | Emergency Care Physician | Unsecured | | No Claim Filed |
| 21. | Evergreen Emergency Service | Unsecured | | No Claim Filed |
| 22. | T Mobile USA | Unsecured | | No Claim Filed |
| | | | $ 43,364.49 | $ 24,983.21 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Wells, Lawrence D

Printed: 10/22/08

Case Number:  05 B 28456
Judge:  Goldgar, A. Benjamin
Filed:  7/19/05

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 417.99 |
| 5% | 120.00 |
| 4.8% | 230.41 |
| 5.4% | 518.40 |
| 6.5% | 129.99 |
|  | $ 1,416.79 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

